UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PSARA ENERGY, LTD., <br><br> Plaintiff, <br><br> v. <br><br> SPACE SHIPPING, LTD., et al., <br><br> Defendants. | Case No. 20-cv-04102-WHO <br><br> **ORDER GRANTING EX PARTE MOTION FOR ORDER AUTHORIZING ISSUANCE OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT** <br><br> Re. Dkt. No. 3 |

Given the exigent circumstances, plaintiff's motion is GRANTED. *See* Rule B of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.[1] This order authorizes the issuance of process of Maritime Attachment and Garnishment directing the United States Marshal for the Northern District of California to attach M/T ADVANTAGE SPRING belonging to defendants.

**IT IS SO ORDERED.**

Dated: June 22, 2020

William H. Orrick
United States District Judge

---

[1] Given that review of this application is impracticable, plaintiff has the burden in any post-attachment hearing under Rule E(4)(f) to show exigent circumstances existed.