| | |
|---|---|
| 1 | JOHN D. GIFFIN, CASB No. 89608 |
|  | john.giffin@kyl.com |
| 2 | VALERIE I. HOLDER, CASB No. 326667 |
|  | valerie.holder@kyl.com |
| 3 | KEESAL, YOUNG & LOGAN |
|  | A Professional Corporation |
| 4 | 450 Pacific Avenue |
|  | San Francisco, California  94133 |
| 5 | Telephone:     (415) 398-6000 |
|  | Facsimile:     (415) 981-0136 |
| 6 | |
| 7 | Attorneys for Specially Appearing Defendants |
|  | ADVANTAGE SPRING SHIPPING, LLC, ADVANTAGE TANKERS, LLC, |
|  | and FLEETSCAPE SPRING LLC |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PSARA ENERGY, LTD., | ) | Case No. 3:20-cv-04102-WHO |
|  | ) |  |
| Plaintiff, | ) | **IN ADMIRALTY** |
|  | ) |  |
| vs. | ) | **RESTRICTED APPEARANCE RULE E(8)** |
|  | ) |  |
| SPACE SHIPPING LTD., GEDEN HOLDINGS LTD.; ADVANTAGE SPRING SHIPPING, LLC; GENEL DENIZCILIK NAKLIYATI A.S. A/K/A GEDEN LINES; ADVANTAGE TANKERS, LLC; MEHMET EMIN KARAMEHMET; GULSUN NAZLI KARAMEHMET-WILLIAMS; TUGRUL TOKGOZ; MEHMET MAT; FLEETSCAPE SPRING, LLC; FLEETSCAPE ADVANTAGE HOLDINGS, LLC, | ) ) ) ) ) ) ) ) ) ) ) | **SPECIALLY APPEARING DEFENDANTS ADVANTAGE SPRING SHIPPING, LLC, ADVANTAGE TANKERS, LLC, AND FLEETSCAPE SPRING LLC'S APPLICATION FOR A PROMPT RULE E(4)(F) HEARING, NOTICE OF MOTION TO VACATE MARITIME ATTACHMENT AND RELATED ORDERS** |
|  | ) | Date:   June 26, 2020 |
|  | ) | Time:   10:00 a.m. |
| Defendants. | ) | Place:   Courtroom 2, 17th Floor |
|  | ) | Judge:   Hon. William H Orrick |

TO PLAINTIFF AND ITS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that, Friday, June 26, 2020, at 10:00 a.m., or as soon thereafter as the matter may be heard, the Honorable Judge William H. Orrick will hear Specially Appearing Defendants ADVANTAGE SPRING SHIPPING, LLC, ADVANTAGE TANKERS, LLC, and FLEETSCAPE SPRING LLC ("Advantage Defendants") Application for a Prompt Rule E(4)(f) Hearing and Motion to Vacate Maritime Attachment and Related Orders.

- 1 -

This Application and Motion are based upon this Application and Notice of Motion and Motion, the following Memorandum of Points and Authorities, the Declaration of Marc Matthews, and the exhibits lodged in support thereof which have been served and filed herewith, the pleadings, records and papers on file herein, and on such further oral and documentary evidence as may be presented at the hearing of this Motion.

DATED: June 24, 2020

*/s/ John D. Giffin*
JOHN D. GIFFIN
VALERIE I. HOLDER
KEESAL, YOUNG & LOGAN
Attorneys for Specially Appearing Defendants
ADVANTAGE SPRING SHIPPING, LLC,
ADVANTAGE TANKERS, LLC,
and FLEETSCAPE SPRING LLC