United States District Court
Northern District of California

1
2
3
4                          UNITED STATES DISTRICT COURT
5                         NORTHERN DISTRICT OF CALIFORNIA
6
7    PSARA ENERGY, LTD.,                    Case No.  20-cv-04102-WHO
8                 Plaintiff,
9            v.                             ORDER TRANSFERRING CASE
10   SPACE SHIPPING, LTD., et al.,
11                Defendants.
12
13         This action was filed by plaintiff Psara Energy, Ltd. ("Psara") for the attachment and
14   garnishment of M/T ADVANTAGE SPRING, a vessel owned by defendants docked in this
15   District.  On June 26, 2020, I denied defendants Advantage Spring Shipping, LLC, Advantage
16   Tankers, LLC, and Fleetscape Spring, LLC's (the "Advantage Defendants") motion to vacate the
17   order of maritime attachment.  Dkt. No. 24.  I ordered that "upon the posting of $4,325,000 in . . .
18   substitute security, the attachment of the M/T ADVANTAGE SPRING shall then be released,"
19   and "[a]s soon as the substitute security amount is posted, this case will be transferred to the
20   Eastern District of Texas, where parties can properly litigate the security amount."  *Id.*  A special
21   release bond has now been posted, and Psara has filed a notice of release of the vessel.  Dkt. Nos.
22   38, 39.
23         Psara filed identical claims in the Eastern District of Texas for the attachment of another
24   vessel owned by defendants – the M/T ADVANTAGE ARROW.  *See Psara Energy, Ltd. v. Space*
25   *Shipping, Ltd., et al.*, Eastern District of Texas, Civil Action No. 1:18-cv-00178-MAC-ZJH.
26   Given that the district court in the Eastern District of Texas has made substantial progress and
27   findings, the interests of justice and convenience of all parties involved permit transfer of this
28   action to the Eastern District of Texas.

United States District Court
Northern District of California

1      Pursuant to 28 U.S.C. § 1404(a), this case is HEREBY TRANSFERRED to the Eastern

2   District of Texas, Beaumont Division.

3      **IT IS SO ORDERED.**

4   Dated: July 6, 2020



William H. Orrick
United States District Judge